1 | KAREN P. HEWITT
United States Attorney
2 | W. MARK CONOVER
Assistant United States Attorney
3 | California State Bar No. 236090
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-5200
6 |
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

**FILED**

**APR  1 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9            UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA    08CR 963 -DMS

11 | UNITED STATES OF AMERICA,     )    Magistrate Case No.  08MJ0839
                              )
12 |             Plaintiff,   )
                              )
13 |        v.               )    **STIPULATION OF FACT AND JOINT**
                              )    **MOTION FOR RELEASE OF**
14 | JUAN SANCHEZ-MARTINEZ (2),    )    **MATERIAL WITNESS(ES) AND**
                              )    **ORDER THEREON**
15 |           Defendant.  )
                              )    **(Pre-Indictment Fast-Track Program)**
16

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

19 | Conover, Assistant United States Attorney, and defendant JUAN SANCHEZ-MARTINEZ, by and

20 | through and with the advice and consent of Leila W. Morgan, counsel for defendant,  that:

21        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 | intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

24 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 | of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26 | and (v)(II).

27 | //

28 | WMC:mg:3/19/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **April 16, 2008**.

6    4.    The material witnesses, Pablo Ibarra-Ramirez, Aquileo Ruiz-Flores, and Pedro

7  Contreras-Lopez, in this case:

8        a.    Are aliens with no lawful right to enter or remain in the United States;

9        b.    Entered or attempted to enter the United States illegally on or about

10  March 13, 2008;

11        c.    Were found in a vehicle driven by defendant in or near Lake Elsinore,

12  California and that defendant knew or acted in reckless disregard of the fact that they were aliens

13  with no lawful right to enter or remain in the United States;

14        d.    Were paying or having others pay on their behalf $1,500 - $2,000 to defendant

15  or to others to be brought into the United States illegally and/or transported illegally to their

16  destination therein; and,

17        e.    May be released and remanded immediately to the Department of Homeland

18  Security for return to their country of origin.

19    5.    After the material witnesses are ordered released by the Court pursuant to this

20  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24  substantive evidence;

25        b.    The United States may elicit hearsay testimony from arresting agents

26  regarding any statements made by the material witness(es) provided in discovery, and such testimony

27  //

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. JUAN SANCHEZ-MARTINEZ (2)    2        08MJ0839

1    shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

2    of (an) unavailable witness(es); and,

3              c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7         6.    By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10   counsel and fully understands its meaning and effect.

11         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12   immediate release and remand of the above-named material witness(es) to the Department of

13   Homeland Security for return to their country of origin.

14         It is STIPULATED AND AGREED this date.

15                              Respectfully submitted,

16                              KAREN P. HEWITT
                                United States Attorney
17

18   Dated: ____4/1/08____.

19                              _____
                                W. MARK CONOVER
                                Assistant United States Attorney

20
     Dated: __3/23/2008__.
21                              _____
                                LEILA W. MORGAN
22                              Defense Counsel for Juan Sanchez-Martinez

23   Dated: __3/23/2008__.
                                _____
24                              JUAN SANCHEZ-MARTINEZ
                                Defendant
25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. JUAN SANCHEZ-MARTINEZ (2)        3                              08MJ0839

1

# O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7

8    Dated: _____/1/08_____.

_____
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. JUAN SANCHEZ-MARTINEZ (2)    4    08MJ0839