# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08CR7103-DMS |
| Plaintiff | CRIMINAL NO. 08mj839 |
| vs. | ORDER |
| ADALBERTO JACOBO, ET AL | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Aquileo Ruiz-Flores

DATED: 4/1/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
               DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082