UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff           )     CRIMINAL NO. _08CR 963-DMS_
                                    )                  _08mj 839_
                                    )                ORDER
        vs.                         )
                                    )     RELEASING MATERIAL WITNESS
    ADALBERTO JACOBO, ET AL         )
                                    )     Booking No.
                Defendant(s)        )
_____)

On order of the United States District/Magistrate Judge,  **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

PEDRO CONTRERAS - LOPEZ

DATED: 4/1/08

RECEIVED
2008 APR -1 P 2: 12
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
RECEIVED                DUSM

                                    **Leo S. Papas**
                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

                                        OR

                          W. SAMUEL HAMRICK, JR.   Clerk

                          by _____
                                    Deputy Clerk